# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Environmental Chemical Corporation ) | ASBCA Nos. 61067, 61070, 61115 |
| ) | 61116, 61159 |
| ) | |
| Under Contract Nos. FA8903-06-D-8511 ) | |
| FA8903-04-D-8672 ) | |

APPEARANCES FOR THE APPELLANT:    Richard B. Oliver, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Los Angeles, CA

    Glenn A. Sweatt, Esq.
    Pillsbury Winthrop Shaw Pittman LLP
    Palo Alto, CA

APPEARANCES FOR THE GOVERNMENT:    Jeffrey P. Hildebrant, Esq.
    Air Force Deputy Chief Trial Attorney
    Anna F. Kurtz, Esq.
    Capt Ryan P. Payne, USAF
    Trial Attorneys

## OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' request, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $3,974,594.23. This amount is inclusive of interest. No further interest shall be paid.

Dated: 26 September 2017

                          JOHN J. THRASHER
                          Administrative Judge
                          Chairman
                          Armed Services Board
                          of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 61067, 61070, 61115, 61116, 61159, Appeals of Environmental Chemical Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2